Nov. Term,

SMITH *v.* SMITH.                                **1860.**

GRANT

APPEAL from the *Porter* Circuit Court.                              v.

*Per Curiam.*—The appellant filed his petition against his    CROMWELL.
wife for a divorce. She appeared and answered, and also   *Tuesday,*
filed her cross-petition, praying for a divorce on grounds   *December* 11.
therein alleged. A divorce was granted on behalf of the
wife.

The record comes before us without any exception being
taken to the proceedings below. No question was raised as
to the pleadings; no motion was made for a new trial or in
arrest of judgment, nor is the evidence set out; in short, there
is nothing for revision in this Court.

The clerk, in the transcript sent up, states that after the
return of the verdict, the cause having been submitted to a
jury, the plaintiff moved for leave to dismiss his petition and
action, which motion was overruled, and to which ruling he
excepted; but this statement is clearly no part of the record.
These matters could not be made such, without a bill of excep-
tions. Ind. Dig. § 497, p. 692, and authorities there cited.

The judgment is affirmed, with costs.

*S. I. Anthony, Thos. J. Merrifield* and *James Bradley,*
for appellants.